ORIGINAL

**FILED**

10/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0004

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0004

_____

**FILED**

OCT - 8 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE PETITION OF
VICTORIA L. BUCHINGER

O R D E R

_____

Victoria L. Buchinger has petitioned this Court for admission to active status in the State Bar of Montana. Buchinger has been on inactive status since March 2020, but has actively practiced in Arizona since 1987.

IT IS ORDERED that upon payment of the appropriate fees to the State Bar of Montana, Petitioner shall be admitted to the active practice of law in the state of Montana.

IT IS FURTHER ORDERED that, within six months of the date of this Order, Petitioner shall submit to the Board of Continuing Legal Education, P.O. Box 577, Helena, MT 59624, proof of attendance at thirty hours of approved Continuing Legal Education to be credited to the time Petitioner was on inactive status. Consideration of continuing education credits obtained by Petitioner during the last two years, not applied to previous Montana compliance requirements, for application to this requirement, can be undertaken by the CLE Commission in its sole discretion.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this 8th day of October, 2024.

For the Court,

By _____
Justice